IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 08-322 |
| v. | ) | |
| | ) | (29 U.S.C. § 501(c)) |
| DONNA J. SIMPSON | ) | |

INDICTMENT

The grand jury charges:

During the period from on or about June 23, 2006 to on or about January 2, 2008, in the Western District of Pennsylvania, the defendant, DONNA J. SIMPSON, while employed as a Field Secretary at the North Versailles, Pennsylvania Office of the International Steelworkers of America, a labor organization engaged in an industry affecting interstate commerce within the meaning of Section 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to her own use approximately $87,823.18 of the moneys, funds, property and assets of said labor organization, that is the defendant, DONNA J. SIMPSON, wrote and negotiated approximately 82 unauthorized checks payable to herself from the Union's District 10

2008 AUG 26 PM 12:28
CLERK
US DISTRICT COURT

Steelworkers Organization for Active Retirees ("SOAR") bank account.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

FOREPERSON

MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254